UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Michael Fraley, Jr., et al,

    Defendant.

Criminal No. 21-cr-20184

Matthew F. Leitman
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/BLAINE T. LONGSWORTH
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Blaine.longsworth@usdoj.gov
(810) 766-5177
P55984

Dated:  March 17, 2021


**IT IS SO ORDERED.**

s/Curtis Ivy, Jr.
CURTIS IVY, JR.
United States Magistrate Judge

Entered:  March 18, 2021