## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISON

UNITED STATES OF AMERICA,
                Plaintiff,        Case No. 21-CR-20184

v.

MICHAEL FRALEY
                Defendant.

_____

### APPEARANCE OF DEFENSE COUNSEL

The undersigned hereby appears in the above matter for defendant, MICHAEL FRALEY.

April 7, 2021
                                      S/Charles A. Grossmann
                                      Charles A. Grossmann
                                      Attorney for Defendant
                                      452 S. Saginaw St. Ste. 302
                                      Flint, Mi 48502
                                      (810) 232-05530
                                      Cell (810) 625-7238
                                      Cgrossmann702@hotmail.com

### PROOF OF SERVICE

The undersigned hereby certifies that he served an electronic copy of the above through the electronic filing system at the time of filing.

                                        s/Charles A. Grossmann