UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,                    Case No. 21-cr-20184

vs.                                 Hon. Matthew F. Leitman
                                 United States District Judge

D1 – MICHAEL FRALEY,
      a/k/a "Sarge,"

              Defendant.
_____/

## PROTECTIVE ORDER FOR DISCOVERY MATERIALS

For the reasons stated in the government's Motion for Protective Order, it is hereby ORDERED under Rule 16(d) of the Federal Rules of Criminal Procedure:

1.    Any and all discovery material provided in this case by the Government to Defendant is to be used by Defendant and his counsel solely for the preparation of their defense. No disclosure of these materials is authorized except as necessary to the preparation of the defense in this case, and such determination of necessity is to be made by counsel for the Defendant, not by the Defendant himself. This limitation applies to all discovery provided by the Government in this criminal action after issuance of this Order.

2.    Disclosure of discovery materials for purposes related to defense of the criminal case is permitted to: (a) members of the defense team, consisting of

counsel, co-counsel, paralegals, investigators, litigation support personnel, the

Defendant, and secretarial staff; (b) experts or consultants retained to assist in

preparation of the defense; (c) potential witnesses who are deemed necessary by

the defense team in connection with this case; and (d) this Court.

      3.     Counsel for Defendant shall not allow their client to retain any audio

or video recordings, or reports related to those recordings, provided in discovery

by the government.

      4.     That counsel for the Defendant: (a) shall not allow his client, or any

other potential witness, to retain any audio or video recordings, or reports related to

those recordings, provided in discovery by the government, absent further order by

this Court; (b) will take all reasonable steps necessary to ensure that government

discovery materials are not improperly disclosed or distributed; and (c) shall

destroy or return the government discovery materials upon the conclusion of this

matter.

      **IT IS SO ORDERED**.

                          /s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  April 7, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764