To: Clerk of the Court
   Hon. Judge M. Leitman

From: Michael Farley, Jr.
   Case: 4:21-cr-20184

In RE:

The reason for this letter is due to the need for a replacement attorney. My current attorney is Charles Grossman and I believe he violated the following rules of the M.R.P.C.:

1.1 - Competence
1.3 - Diligence
3.1 - Meritorious Claims
3.2 - Expediting Litigation
1.4 - Communication

At one point Mr. Grossman lied to the Magistrate about circumstances that never happened.

Mr. Grossman fails to communicate with me in general.

He blantantly refuses to aid me in the defense of my case. He fails to investigate

my claim about the exact amount of narcotics the government claims I sold.

As I understand it pursuant to U.S. v. Cronic, 466 U.S. 648 (1984); Mitchell v. Mason, 325 F.3d 732 (CA 6, 2003), trial counsel's complete failure to investigate the case and consult with defendant created a per se denial of counsel. Also, a sound trial strategy is developed in concert with a reasonable investigation based on professional judgments. People v. Grant, 470 Mich. 477 (2004).

Since Mr. Grossman lied to the Magistrate and refuses to properly represent me, an Attorney-Client Relationship breakdown has transpired. I have no faith or trust in his (in)effective representation.

Could you please resolve this matter?

Respectfully,

Michael Tilley Sr.



METROPLEX MI 480
21 APR 2021 PM 1

4/21/2021

CLERK of the Court
Hon. Judge M. Leitman
U.S. District Court
600 Church Street
Flint, Mich. 48502

48502-127599

MICHAEL HATLEY JR.
Genesee County Jail
1002 S. Saginaw
Flint, Mich. 48502

FILED
APR 28 2021
U.S. DISTRICT COURT
FLINT, MICHIGAN