UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL FRALEY, JR.,

    Defendant.

Case No. 21-cr-20184
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING IN PART AND TERMINATING AS MOOT IN PART DEFENDANT MICHAEL FRALEY, JR.'S MOTION TO APPOINT NEW COUNSEL (ECF #31)

A hearing was held on May 5, 2021 on Defendant's Motion to Appoint New Counsel [ECF #31]. During the hearing, the Court agreed to grant the motion and to appoint new counsel for Defendant. After the hearing and before the Court could enter a written order memorializing its ruling, retained counsel entered an Appearance as counsel for Defendant. In light of retained counsel having entered an Appearance, Defendant no longer requires appointed counsel. Therefore, the Court **TERMINATES AS MOOT** Defendant's motion to the extent that it seeks the appointment of counsel. The Court **GRANTS** the motion to the extent that it seeks to terminate the Appearance of previously-appointed counsel, Charles Grossman.

**IT IS FURTHER ORDERED** that the parties shall appear for a status conference on a date and time to be set by the Court once counsel has been arranged for Co-Defendant Dodge.

**IT IS FURTHER ORDERED** that the time period from May 5, 2021 until the status conference shall be excludable from the time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 5, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 5, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764