# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | MDOC Parole Violation Report |
| 2 | Oakland County Sheriff Case Report |
| 3 | 67th District Court Register of Actions |
| 4 | 7th Circuit Court Register of Actions |
| 5 | Chemical Analysis Report |
| 6 | MDOC Parole Violation Report |
| 7 | MDOC Parole Violation Report |