MICHIGAN DEPARTMENT OF CORRECTIONS  
PAROLE VIOLATION REPORT

CFJ-110  
Rev. 6/01

| INSTITUTION: | MDOC Nbr.: | NAME (Last, First) | REPORT DATE: | PREPARED BY: | PHONE: |
|---|---|---|---|---|---|
| Genesee/Flint/Parole/REP | 469250 | Fraley, Michael, Jr. | 06/05/2020 | STEVEN M HESTER | (810) 767-0630 |

| TYPE OF REPORT: | | RECOMMENDATION: |
|---|---|---|
| ☐ TECHNICAL    ☐ SUPPLEMENTAL | | Reinstate Parole |
| ☒ FELONY       ☐ SPECIAL INVESTIGATION | | |

| VIOLATION DATE: | ACTION WHICH CONSTITUTED VIOLATION ON THIS DATE: | ARREST DATE: |
|---|---|---|
| 05/07/2020 | 4.19 - Comply w/GPS | 6/4/2020 |

| DATE AVAILABLE: | PLACE OF CUSTODY: |
|---|---|
| 6/4/2020 | N/A |

DISTRIBUTION:

| PAROLE TERM: | 09/19/2018 | TO | 10/26/2020 | PMX: | 06/22/2023 | AMX: | 12/20/2021 |
|---|---|---|---|---|---|---|---|

| SUPERVISION LEVEL: | SA Parole Maximum Unemployed | RISK LEVELS: | Property Risk High/Assaultive Risk Middle |
|---|---|---|---|

## PROOFS OF VIOLATION

**COUNT I: VIOLATION OF RULE #10, SPECIAL CONDITION 4.19, GPS:** Agent Hester can testify that on or about 05/07/20 Parolee Fraley failed to abide by the approved curfew schedule.

**COUNT II: VIOLATION OF RULE #10, SPECIAL CONDITION 4.19, GPS:** Agent Hester can testify that on or about 05/07/20 Parolee Fraley went to unauthorized locations.

**COUNT III: VIOLATION OF RULE #10, SPECIAL CONDITION 4.19, GPS:** Agent Hester can testify that on or about 05/07/20 Parolee Fraley failed to charge the tether as instructed causing it to power off.

**COUNT IV: VIOLATION OF RULE #4, CONDUCT:** Agent Hester can testify that on or about 05/07/20 Parolee Fraley violated state law when the parolee knowingly and without authority circumvented the operation of the electronic monitoring system leaving the parolees whereabouts unknown.

**COUNT V: VIOLATION OF RULE #1, REPORT:** Agent Hester can testify that on or about 05/21/20 Parolee Fraley failed to report as previously instructed.

## SUMMARY OF PAROLE

**Orientation:** On 9/19/2018, Parolee Fraley was released onto Parole. An Initial orientation was completed on 9/20/2018 by Agent Dutoi at the Flint Parole Office. The standard and special conditions of parole were discussed including but not limited to: zero tolerance, reporting instructions, GPS and association. COMPAS was scored at High/High.

**Adjustment:** Parolee was on parole for 3 weeks prior to absconding the first time. During that 3 weeks, he did test positive for cocaine and Methamphetamine and was referred to outpatient services. Parolee was given a

MICHIGAN DEPARTMENT OF CORRECTIONS                                                                                    CFJ-110
PAROLE VIOLATION REPORT                                                                                               Rev.  6/01

verbal warning on 9/25/2018 for having contact with his brother ▬▬ Fraley who is not only a felon, but was also on abscond status. During a nighthawk completed on 9/25/2018, ▬▬ Fraley jumped out of a window at the house Michael Fraley was approved to live at. ▬▬ Fraley, who was on parole abscond status at the time, fled the scene and the police were not able to locate him. Parolee Fraley failed to report to parole on 10/9/2018 as scheduled. Fraley is on GPS/tether and subsequently traveled to numerous unapproved locations as he only has permission to report to parole on 10/9/2018. Fraley was entered into LEIN on 10/9/2018 due to his battery going dead at 1926 hours thus circumventing the operation of the tether. On 10/24/18, MSP Troopers Card and Winnie were dispatched to a domestic in progress at the American Inn on Dort Highway at 1:40 A.M. Parolee Fraley was arrested along with his brother ▬▬ Fraley MDOC # ▬▬ who was also on parole abscond status out of the Flint Parole Office. On 10/24/2018, while at the Genesee County Jail, Parolee Fraley refused to submit to a urine drug test. Fraley was sanctioned to IDRP. On 12/03/18 Fraley was transported to the Flint parole office upon completion of IDRP and left without reporting, once again absconding. The parolee was apprehended on 12/25/18 and was charged with new criminal behavior that the parolee had previously been sanctioned for. On 04/30/19 Parolee Fraley was sentenced to 11 months jail consecutive to parole. As a sanction for absconding the parolee was deferred to court and to be placed on GPS tether for 90 days. On 09/10/19 the parolee received an additional 11month jail sentence for a resist arrest charge the parolee had previously been sanctioned on. On 1/13/20 the parolee was released from jail and placed on GPS tether at the Flint Parole Office by Agent Hester. The parolee continued to be supervised with minimal issues until the parolee was arrested on 03/24/20 for Possession of Methamphetamine. On 04/27/20 the parolee was released from jail and placed on GPS tether as previously ordered. The parolee reported with no issues until letting the tether power off on 05/07/20 which leads to the instant offense.

**Home Placement:**  Parolee Fraley last resided at ▬▬ in Clio, MI.

**Employment:**  Parolee Fraley has remained unemployed during this parole term.

## NARRATIVE OF VIOLATION

**Violation:**  On 05/05/20 Agent Hester met with Parolee Fraley for the parolees regularly scheduled report day. The parolee was given a next report day of 05/21/20. On 05/07/20 Parolee Fraley left the residence without time out and went to multiple unauthorized locations until the tether powered off on 05/07/20 at approximately 2214. The parolee did not make any attempt to charge the tether after it powered off.

**Efforts to Locate:**  On 05/08/20 Agent Hester attempted a home call; however, there was no response and a contact notice was left. A LEIN/CCH dated 05/11/20 revealed, aside from the outstanding tether warrant, no new criminal behavior, outstanding warrants or PPO's. A vinelink search was conducted on 05/11/20 and returned no results regarding Parolee Fraley's whereabouts. On 05/13/20 Agent Hester attempted to contact the parolee's listed contacts as follows: other family ▬▬, 810-▬▬, the number is disconnected; significant other ▬▬, 248▬▬, a male answered and stated it is a wrong number; other family ▬▬, 810▬▬, there was no answer and a message was left; contact ▬▬, 810-▬▬ the number is disconnected; friend ▬▬, 810▬▬, a male answered and stated it was a wrong number; aunt ▬▬, 810▬▬, who stated that there has been no contact with the parolee and that ▬▬ will contact Agent Hester if there is and friend ▬▬, 810▬▬, the number is disconnected. ▬▬ Fraley and ▬▬ were not contacted as they are listed as enemies.

**Apprehension:**  On 06/03/20 Agent Hester was contacted by Agent Krueger regarding Parolee Fraley. Agent Krueger indicated receiving notice to conduct a PSI as Parolee Fraley conducted a video arraignment on 05/21/20. That same day Agent Hester spoke with Parolee Fraley and arranged for the parolee to report to the

▬▬ - Fraley, Michael , Jr.                                                                                           Page
[#CPG#] of [#TPG#]
05/19/2021 09:45:00

| | |
|---|---|
| MICHIGAN DEPARTMENT OF CORRECTIONS | CFJ-110 |
| PAROLE VIOLATION REPORT | Rev.  6/01 |

parole office on 06/04/20 to clear up the absconder warrant.   On 06/04/20 the parolee reported as instructed and a verbal reinstate was issued. A LEIN/CCH dated 06/03/20 revealed no new criminal behavior, outstanding warrants or PPO's.

**Due Process:**  On 06/04/20 Agent Hester served Parolee Fraley parole violation charges.   The parolee signed the charges, waived the preliminary parole violation hearing and received a copy.   A CFJ 498 was completed finding the parolee medically eligible for diversion.

**Parolee's Statement:**   Parolee Fraley stated there was no reason for absconding, the parolee just made a poor decision and greatly regrets it.

**Availability:**   Parolee Fraley is available as of 06/04/20.

**Court Information:**    Parolee Fraley is currently awaiting sentencing in the 7th Circuit Court, docket 20-46633-FH, scheduled for 07/10/20.   Parolee has a $5,000.00 PR bond, has maintained compliance with that bond and on 06/04/20 the parolee met with Agent Krueger for the PSI interview.

**Adjustment:**   Parolee Fraley denies any new criminal behavior, drug use or alcohol use while absconded. The parolee was squatting while absconded.   Parolee Fraley stated there was no reason for absconding, the parolee just made a poor decision and greatly regrets it.

## RECOMMENDATION

Parolee Fraley is a short term absconder who has remained in compliance with court proceedings and turned himself in to get back in compliance with parole prior to sentencing.   Due to this it is recommended that Parolee Fraley be reinstated on parole.