# OAKLAND COUNTY SHERIFF OFFICE

1200 N TELEGRAPH ROAD
PONTIAC MI 48341
248-858-5000



## Case Report

### Administrative Details:

| | |
|---|---|
| CR No<br>**200060976** | Subject<br>**3546 - Methamphetamine - Deliver [35001]** |
| Report Date/Time<br>**03/25/2020 11:19** | Occurrence Date/Time<br>**03/24/2020 12:00** |
| Location<br>**☐ OHIO AVE** | Call Source<br>**FOP** |
| Dispatched Offense<br>**C3399 Miscellaneous All Other** | Verified Offense<br>**3546 Methamphetamine - Deliver** |
| County<br>**63 - Oakland** | City/Twp/Village<br>**89 - Pontiac** |
| Division<br>**NET Crew 2** | |

### Action Requested:

| | |
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

FRALEY
001

0246
EXHIBIT 2

Created On 12/02/2020 02:37 PM

| I - Information Only | | | 1 | 1 |
|---|---|---|---|---|
| Description | | Disposition | Evidence Tag | |
| PRINTER FROM SE BEDROOM NIGHTSTAND | | | 576266 | |
| Recovered Date/Time | Location | Owner | | |
| | | [], | | |

### 1812 - Receipt 5448   [OSSTARRSK (89145)]

| Property Class | IBR Type | UCR Type |
|---|---|---|
| 48 | 48 - Documents/Personal or Business | K - Miscellaneous |

| Status | | | Count | Value |
|---|---|---|---|---|
| I - Information Only | | | 1 | 1 |
| Description | | Disposition | Evidence Tag | |
| MULTIPLE RECEIPTS FROM WEST DRESSER | | | 576267 | |
| Recovered Date/Time | Location | Owner | | |
| | | [], | | |

---

### Narrative:

**CR No: 200060976-001    Written By: OSSTARRSK (89145)    Date: 03/25/2020 01:46 PM**

**20-NET-122**

**SOURCE:**

I, (Detective Starrs) drafted a narcotics search warrant for ███ Ohio Avenue in the city of Flint. This narcotics search warrant is the result of an ongoing methamphetamine investigation at this address involving Michael Fraley Jr.

**Location/Interior Description:**

███ Ohio Avenue is a single family residence on the south side of Ohio, ███████████ Cumberland St. The exterior of the residence is tan in color with a black shingle roof. The front door of the residence is white in color with a red door frame. The numbers ███████ are gold and affixed to the right of the front door.

**Pre-Raid**

I conducted a pre-raid briefing at Mott Community College and a NET raid plan was completed prior to the execution of this search warrant. During this briefing, NET detectives, FANG Detectives and Flint Police officers were shown pictures of ███ Ohio Avenue and Michael Fraley Jr. The following members were present for the briefing and were assigned the following roles.

**Oakland County N.E.T. Entry Team.**

D/Sgt. Wood – crew leader

Det. Gorman – Breacher

Det. Starrs – Lead entry

Det. O'Brien – Entry team member

Det. Pung – Entry team member

Det. Niedjelski – Entry team member

Det. Scruggs – Entry team member



CR No: 200060976

Case 4:21-cr-20184-SDK-CI   ECF No. 40-3, PageID.111   Filed 05/19/21   Page 3 of 5

Det. Stoner – Entry team member

Det. Smith – Entry team member

Det. Berry – Entry team member

Officer Wheeler – Flint PD Uniform presence

FANG Detectives – Exterior perimeter

**Search Warrant Executed on March 24th at approximately 1515 hours**

The above-mentioned personnel arrived at ▮▮▮ Ohio and made entry into the residence. As NET Detectives made our approach to the side of the residence, we knocked loudly on the side door and announced, "Sheriff's office search warrant". After a short time, there was no answer. Detectives then forced entry into the residence. Upon entry into the home, I observed Fraley walking out of the bathroom. I ordered Fraley to the ground and he complied. I then entered the bathroom and observed a baggy of suspected methamphetamine circling the toilet bowl as it was being flushed. I removed the baggy and shut the water off to the toilet. The following people were located inside the residence.

Michael Fraley Jr DOB       1981

Alexandria Dodge DOB       1991

Once all occupants were secured, photographs were taken, starting with the exterior of the residence where entry was made, as well as the interior. All occupants were also photographed. NET Detectives began a systematic search of the residence. All evidence was photographed and collected.

**NARCOTICS EVIDENCE COLLECTED**

**SEARCH OF BATHROOM:**

I photographed the baggy of methamphetamine that I removed from the toilet. The rest of the bathroom was searched with nothing of significance located.

**SEARCH OF KITCHEN:**

Detective Niedjelski began searching the kitchen and located an open box of Ziploc bags with several different kinds of packaging material inside.

**SEARCH OF MASTER BEDROOM:**

Detectives Bilbey, O'Brien and I began searching the SE bedroom/master bedroom where Fraley was walking to from the bathroom. Located in the top shelf of the north dresser was a green digital scale with residue. Next to the same dresser, was a second green digital scale. Underneath the dresser was a jar with multiple different plastic baggies/packaging material.

On top of the west dresser, I located a 100-gram calibration weight. Detective O'Brien located two cell phones on the floor next to the bed. Both of which are password protected.

Fraley asked for clothes due to being naked. When asked which clothes are his, Fraley asked for a pair of red pants that were on the ground in the bedroom. Detective O'Brien searched the pants and located 3 debit cards and a large amount of U.S. currency in a rubber band. One of the debit cards located with the money belonged to Michael Fraley. Total amount of U.S. currency in rubber band was $1,584.00.

**SEARCH OF N/E BEDROOM (GAME ROOM)**

Page 11 of 13     FRALEY 003     Created On 12/0... 2:37 PM     0256
EXHIBIT 2


Nothing of significance located.

**SEARCH OF LIVING ROOM:**

Nothing of significance located.

**SEARCH OF OUTSIDE GARBAGE:**

Detective Niedjelski began searching the trash can outside of the home and located several baggies/packaging materials.

**INTERVIEW OF MICHAEL FRALEY:**

Detective Gorman and I interviewed Fraley after he requested to speak with me. The following interview was recorded. I advised Fraley of his Miranda Rights and he agreed to waive them and speak to me. Fraley stated that he mostly uses drugs but did admit to selling "here and there" since January. Fraley stated that he just got out of prison and only recently started doing this. I asked Fraley how much he sells per week. Fraley should his head and I asked, "gram or two a day?" and Fraley said yes. Detective Gorman asked Fraley when was the last time he made a sale and he replied "this morning". Detective Gorman asked him "how much did you sell" and Fraley responded, "a twenty". Fraley began to tell us that he buys an "8 ball" from "Beans" on the north side of flint.

I asked Fraley "did you flush the meth down the toilet when you heard us coming" and Fraley nodded his head up and down. Fraley also provided us with the passcode to his cell phone.

# COUNTERFEIT EVIDENCE LOCATED

**SEARCH OF BATHROOM:**

Detective Pung located three counterfeit 100 dollar bills in the garbage of the bathroom, as well as several sheets of printer paper with copied 100 dollar bills. I photographed all of them and collected the items as evidence.

**SEARCH OF SE BEDROOM/MASTER BEDROOM:**

During our search of the bedroom, Detective O'Brien and I located several items in the master bedroom that showed Fraley counterfeiting U.S. currency. I located a silver foil pan with six, 10-dollar bills sitting in a red dye. I located a white jug with a similar liquid to that of the tray that contained the 10-dollar bills. I photographed the pan and collected the bills as evidence as well as the white jug.

In the top drawer of the north dresser, Detective Bilbey located a tray with a real, 100-dollar bill, Serial # KJ61994501A. This is the same serial number on the counterfeit 100's located in the bathroom. This was also photographed and collected.

Upon further search of the bedroom, Detective O'Brien located multiple pages of blank checks that appeared to be both personal and payroll checks. O'Brien also located a notebook that contained multiple bank account numbers and routing numbers. Some of the numbers appeared to be for businesses and others for individuals with social security numbers.

Next to the bed I located an HP Printer, several sheets of thick printer paper and an iron. These items were also photographed and collected. Detective O'Brien also located several external hard drives and SD cards that were next to the bed. These items were also collected to be examined by Oakland County



FRALEY
004

0257
EXHIBIT 2

Created On 12/02/2020 02:37 PM

Computer crimes.

I contacted Agent Keebaugh with the Secret Service who then had Agent Collier contact me. I informed Agent Collier of my findings who stated he would attempt to interview Fraley at the Genesee County Jail.

**Evidence: Oakland County Forensic Laboratory and Oakland County Computer Crimes:**

576242 – 15.1 grams of methamphetamine field tested by Detective Starrs

576244 - hard drives/SD cards to be sent to Computer Crimes

**STATUS:**

Submit for review

**CFS Narrative By: OSSTARRSK (89145)**

See CR narrative

FRALEY
005

0258


EXHIBIT 2