

Home | Disclaimer

 **Return**

### 67TH DISTRICT COURT

**Return to Search**

*For additional questions, please contact the Clerk's Office*

```
|STATE OF MICHIGAN       |              | CASE NO:  20T00699    D01 FY |
|67TH JUDICIAL DISTRICT|   REGISTER OF ACTIONS    |                     |
|ORI250095J              |              | STATUS: DISP                 |
|PIN: NET 20-60976       |              |                              |

                                        JUDGE OF RECORD: GOGGINS,DAVID J.,    P-43842
                                        JUDGE:           GOGGINS,DAVID J.,    P-43842

STATE OF MICHIGAN v

    FRALEY/MICHAEL/ JR

    FLINT           MI 48506                       ENTRY DATE: 03/26/20
                                                   OFFENSE DATE: 03/24/20
                                                   ARREST DATE:
                                     VEHICLE TYPE:         VPN:
DOB:       /1981  SEX: M  RACE: W                  CDL: U
VEH YR:         VEH MAKE:                          PAPER PLATE:

DEFENSE ATTORNEY ADDRESS              BAR NO.
ROBINSON,NICHOLAS RANDALL,            P-76775
503 S SAGINAW ST                      Telephone No.
STE 726
FLINT           MI 48502              (810) 922-5638

OFFICER:                              |DEPT: FANG
                                      |
PROSECUTOR: LEYTON,DAVID S.,          |  P-35086
VICTIM/DESC:                          |


CNT: 01 C/M/F: F   33374032B1                  PACC#333.74032B1
```

001                                                        EXHIBIT 3

```
     CONT SUBS-POSSESSION OF METHAMPHETAMINE/ECSTASY
        REDUCED FROM
     CNT: 01 C/M/F: F  33374012B1A                    PACC#333.74012B1-A
     CONTROLLED SUBSTANCE-DELIVERY/MANUFACTURE METHAMPHETAMINE
     ARRAIGNMENT DATE:  03/27/20    PLEA:              PLEA DATE:
     FINDINGS:  EX WAIV B/O   DISPOSITION DATE: 05/21/20
     SENTENCING DATE:
          FINE     COST  ST.COST    CON    MISC.    REST    TOT FINE    TOT DUE
          0.00     0.00     0.00   0.00     0.00    0.00        0.00       0.00
             JAIL SENTENCE:              PROBATION:
      VEH IMMOB START DATE:           NUMBER OF DAYS:        VEH FORFEITURE:
     _____

     BOND HISTORY:
            5,000.00    PERSONAL    BOND CONTINUED

     _____


     CNT: 02 C/M/F: F  3337405D                       PACC#333.7405D
     CONT SUBS-MAINTAIN DRUG HOUSE/VEHICLE
     ARRAIGNMENT DATE:  03/27/20    PLEA:              PLEA DATE:
     FINDINGS:  NOLLE PROSEQ   DISPOSITION DATE: 05/21/20
     SENTENCING DATE:
          FINE     COST  ST.COST    CON    MISC.    REST    TOT FINE    TOT DUE
          0.00     0.00     0.00   0.00     0.00    0.00        0.00       0.00
             JAIL SENTENCE:              PROBATION:
      VEH IMMOB START DATE:           NUMBER OF DAYS:        VEH FORFEITURE:
     _____

     BOND HISTORY:
            5,000.00    PERSONAL    BOND CHANGED

     _____
       DATE                   ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
     _____



     NAME: FRALEY/MICHAEL/ JR              CASE NO: 20T00699     PAGE    2
     _____
       DATE                   ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
     _____

     03/24/20
        1  ORIGINAL CHARGE         CS/DEL-MAN                              CLT
        2  ORIGINAL CHARGE         CS-DRUG HOUS                            CLT
        1  AUTHORIZATION OF COMPLAINT DATE                                 CLT
           PROS LEYTON,DAVID S.,                              P-35086      CLT
     03/26/20
           FILING DATE             032620                                  CLT
        1  COMPLAINT ISSUANCE DATE                                         CLT
           JDG  GUINN,G. DAVID,                               P-56984      CLT
           MISCELLANEOUS ACTION    ALL COUNTS                              CLT
           CASE SENT TO COURTROOM                                          CLT
           LODGED GCJ SET FOR 3/27/20 ARR                                  CLT
```

```
    CHR TO JUDGE FOR ARR                                            CLT
    CTRM 2                                                          CLT
    CIRCUIT COURT JUDGE: NEWBLATT                                   RBG
    PREV.                                                           CLT
    MISCELLANEOUS ACTION    ALL COUNTS                              CLT
    CASE SENT TO COURTROOM                                          CLT
    LODGED GCJ SET FOR 3/27/20 ARR                                  CLT
    CHR TO JUDGE FOR ARR                                            CLT
    CTRM 2                                                          CLT
03/27/20
    ARRAIGNMENT HELD       ALL COUNTS                               CLG
    JDG  CRAWFORD,WILLIAM H.                          P-34767       CLG
    ATT  COURT,APPOINTED,                             P-99800       CLG
    SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                           042320  100P  GOGGINS,DAVID J.,  P-43842 CLG
    CASH OR SURETY                                                  CLG
    BOND SET                                    $    2000.00        CLG
    NO DRUGS OR ALCOHOL                                             CLG
    DO NOT POSSESS OR PURCHASE A FIREARM OR OTHER DANGEROUS WEAPON  CLG
    APPOINTED ATTORNEY REQUESTED                                    CLG
    DEFENDANT REPRESENTED BY APPOINTED COUNSEL AT ARRAIGNMENT       CLG
    COURT APPOINTED ATTORNEY AT ARRAIGNMENT ONLY                    CLG
    P33792.                                                         CLG
03/31/20
 1  MISCELLANEOUS ACTION    CS/DEL-MAN                              CRL
    PERSONAL                                                        CRL
    BOND LOWERED                                $    5000.00        CRL
 2  MISCELLANEOUS ACTION    CS-DRUG HOUS                            CRL
    PERSONAL                                                        CRL
    BOND LOWERED                                $    5000.00        CRL
    GCSD GPS TETHER                                                 CRL
04/06/20
    MISCELLANEOUS ACTION    ALL COUNTS                              CRL
    ATT  ROBINSON,NICHOLAS R                          P-76775       CRL
    INFORMATION FILED                                               CRL
    APPEARANCE                                                      CRL
04/09/20
    MISCELLANEOUS ACTION    ALL COUNTS                              CRL
    INFORMATION FILED                                               CRL
    MOTION TO AMEND BOND CONDITIONS                                 CRL
04/13/20


NAME: FRALEY/MICHAEL/ JR                CASE NO: 20T00699    PAGE  3
_____
   DATE                 ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
_____
    MISCELLANEOUS ACTION    ALL COUNTS                              CRL
    COURT FILE SENT TO JUDGE                                        CRL
    TO REVIEW MOTION                                                CRL
```

```
         MISCELLANEOUS ACTION     ALL COUNTS                              CRL
         ATT  EWING,MICHAEL EDWAR                         P-70814         CRL
         ATTORNEY REMOVED         ALL COUNTS                              CRL
      1  MISCELLANEOUS ACTION     CS/DEL-MAN                              CRL
         ATT  ROBINSON,NICHOLAS R                         P-76775         CRL
04/20/20
         FILE SENT TO FLUSHING COURT                                      CMD
04/23/20
         CTN ADDED                                                        AB
         PROBABLE CAUSE CONFERENCE HELD
                                  ALL COUNTS                              JML
         JDG  GOGGINS,DAVID J.,                           P-43842         JML
         SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                                  051420  100P  GOGGINS,DAVID J.,  P-43842  JML
         REMOVE TETHER                                                    JML
      1  PROBABLE CAUSE CONFERENCE HELD
                                  CS/DEL-MAN                              JML
         PERSONAL                                                         JML
         BOND CHANGED                                $    5000.00         JML
         REMOVE TETHER                                                    JML
      2  PROBABLE CAUSE CONFERENCE HELD
                                  CS-DRUG HOUS                            JML
         PERSONAL                                                         JML
         BOND CHANGED                                $    5000.00         JML
         CER 7296 JANET DRIESEN- COURT RECORDER                           JML
         REMOVE TETHER                                                    JML
05/14/20
         PROBABLE CAUSE CONFERENCE HELD
                                  ALL COUNTS                              JML
         JDG  GOGGINS,DAVID J.,                           P-43842         JML
         SCHEDULED FOR PLEA       052120  100P  GOGGINS,DAVID J.,  P-43842  JML
         BOND CONTINUED                                                   JML
         CER 7296 JANET DRIESEN- COURT RECORDER                           JML
05/21/20
      2  PROCEEDING HELD          CS-DRUG HOUS                            JML
         JDG  GOGGINS,DAVID J.,                           P-43842         JML
         ATT  ROBINSON,NICHOLAS R                         P-76775         JML
         ORDER OF NOLLE PROSEQUI ENTERED                                  JML
         DISMISSED - NOLLE PROSEQUI                                       JML
      1  PROCEEDING HELD          CS/DEL-MAN                              JML
         REDUCED CHARGE           POSS METHAM                             JML
         EXAM WAIVED ; DEFENDANT BOUND OVER                               JML
         SENTENCE 7-10-20 @9AM NEWBLATT                                   JML
         CER 7296 JANET DRIESEN- COURT RECORDER                           JML
         MISCELLANEOUS ACTION     POSS METHAM                             JML
         PERSONAL                                                         JML
         BOND CONTINUED                              $    5000.00         JML
         TRANSFERRED TO CIRCUIT COURT                                     JML
         CRIMINAL HISTORY SENT                                            JML
```

```
                               CASE CLOSED                                      JML


NAME: FRALEY/MICHAEL/ JR                        CASE NO: 20T00699    PAGE   4
_____
       DATE                ACTIONS, JUDGMENTS, CASE NOTES             INITIALS
_____

   05/27/20
     1   MISCELLANEOUS ACTION     POSS METHAM                               JML
           FELONY PLEA ACCEPTED - BOUNDOVER FOR SENTENCING                  JML
   05/28/20
           CIRCUIT COURT CASE ID: 20-046633-FH                              RBG
   06/08/20
           MISCELLANEOUS ACTION     ALL COUNTS                              CRL
           PROOF OF SERVICE FILED                                           CRL
           ALL PARTIES                                                      CRL
   08/24/20
           REMANDED FROM CIRCUIT COURT TO DISTRICT COURT
                                   ALL COUNTS                               CLG
           SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                           090320  100P  GOGGINS,DAVID J.,    P-43842       CLG
           NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                               CLG
   09/03/20
           MISCELLANEOUS ACTION     ALL COUNTS                              JML
           SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                           092420  100P  GOGGINS,DAVID J.,    P-43842       JML
           NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                               JML
   09/24/20
           MISCELLANEOUS ACTION     ALL COUNTS                              JML
           JDG  GOGGINS,DAVID J.,                             P-43842       JML
           SCHEDULED FOR EXAMINATION 100720 1000A  GOGGINS,DAVID J.,  P-43842  JML
           BOND CONTINUED                                                   JML
           IN-PERSON PROCEEDINGS                                            JML
           CER 7296 JANET DRIESEN- COURT RECORDER                           JML
           NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                               JML
   10/07/20
           MISCELLANEOUS ACTION     ALL COUNTS                              JML
           CASE REOPENED                                                    JML
           MISCELLANEOUS ACTION     ALL COUNTS                              JML
           JDG  GOGGINS,DAVID J.,                             P-43842       JML
           SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                           102220  100P  GOGGINS,DAVID J.,    P-43842       JML
           BOND CONTINUED                                                   JML
           CER 7296 JANET DRIESEN- COURT RECORDER                           JML
   10/22/20
           PROBABLE CAUSE CONFERENCE HELD
                                   ALL COUNTS                               JML
```

005                                                              EXHIBIT 3

```
    JDG  GOGGINS,DAVID J.,                                 P-43842   JML
         SCHEDULED FOR EXAMINATION 110420 1000A  GOGGINS,DAVID J.,   P-43842   JML
         BOND CONTINUED                                              JML
         CER 7296 JANET DRIESEN- COURT RECORDER                      JML
         IN-PERSON PROCEEDINGS                                       JML
         NOTICE TO APPEAR GENERATED
                                   ALL COUNTS                        JML
         MISCELLANEOUS ACTION     ALL COUNTS                         JML
         IN-PERSON PROCEEDINGS                                       JML
11/04/20

NAME: FRALEY/MICHAEL/ JR                 CASE NO: 20T00699     PAGE    5
_____
   DATE                ACTIONS, JUDGMENTS, CASE NOTES           INITIALS
_____

    1  MISCELLANEOUS ACTION     POSS METHAM                          JML
         SCHEDULED FOR EXAMINATION 120220 1000A  GOGGINS,DAVID J.,   P-43842   JML
         BOND CONTINUED                                              JML
         CER 7296 JANET DRIESEN- COURT RECORDER                      JML
    1    NOTICE TO APPEAR GENERATED
                                  POSS METHAM                        JML
         MISCELLANEOUS ACTION     POSS METHAM                        JML
         IN-PERSON PROCEEDINGS                                       JML
12/02/20
         MISCELLANEOUS ACTION     ALL COUNTS                         CRL
         SCHEDULED FOR PROBABLE CAUSE CONFERENCE
                                  121020  100P  GOGGINS,DAVID J.,   P-43842   CRL
         NOTICE TO APPEAR GENERATED
                                  ALL COUNTS                         CRL
         MISCELLANEOUS ACTION     ALL COUNTS                         LH
         MAIL RETURNED BAD ADDRESS                                   LH
12/09/20
    1  MISCELLANEOUS ACTION     POSS METHAM                          AMD
         REMOVED FROM CALENDAR   121020  100P  GOGGINS,DAVID J.,    P-43842   AMD
         SCHEDULED FOR EXAMINATION 021021  930A  GOGGINS,DAVID J.,  P-43842   AMD
         BOND CONTINUED                                              AMD
         IN-PERSON PROCEEDINGS                                       AMD
         CENTRAL                                                     AMD
    1    NOTICE TO APPEAR GENERATED
                                  POSS METHAM                        AMD
01/21/21
         MISCELLANEOUS ACTION     ALL COUNTS                         LH
         MAIL RETURNED BAD ADDRESS                                   LH
02/09/21
         MISCELLANEOUS ACTION     ALL COUNTS                         AMD
         REMOVED FROM CALENDAR     021021  930A  GOGGINS,DAVID J.,  P-43842   AMD
         SCHEDULED FOR EXAMINATION 040721  930A  GOGGINS,DAVID J.,  P-43842   AMD
         BOND CONTINUED                                              AMD
         IN-PERSON PROCEEDINGS                                       AMD
```

```
        FLUSHING                                                AMD
    NOTICE TO APPEAR GENERATED
                         ALL COUNTS                             AMD
02/22/21
    MISCELLANEOUS ACTION    ALL COUNTS                          JML
    MAIL RETURNED BAD ADDRESS                                   JML
04/07/21
    PROCEEDING HELD         ALL COUNTS                          CRL
    JDG  GOGGINS,DAVID J.,                          P-43842     CRL
    SCHEDULED FOR EXAMINATION 061621  930A  GOGGINS,DAVID J.,  P-43842  CRL
    IN-PERSON PROCEEDINGS                                       CRL
    FLUSHING COURT                                              CRL
    NOTICE TO APPEAR GENERATED
                         ALL COUNTS                             CRL
             ***** END OF REGISTER OF ACTIONS ***** 05/18/21 16:07
```

[Return to Search]