

Register of Action


**Return**

Enter New Search    Nxt Action

```
CLOSED     RDO              CASE REGISTER OF ACTIONS           05/19/21   PAGE    1
20-046633-FH JUDGE NEWBLATT     FILE 05/21/20  ADJ DT 08/13/20 CLOSE  08/18/20
             GENESEE COUNTY                            SCAO:SEC B LINE 06
                                                            ARC# INPERSON
D 001 FRALEY,MICHAEL,JR,              DOB:      /81    SEX: M   RACE: W
                                      CTN:252000116601 TCN:S114001649P
      FLINT, MI  48506                SID:2339704K PIN:60976
                                      DLN:XXXXXXXXXXXXX ST:XX
      ATY: ROBINSON,NICHOLAS RANDALL,     PROSECUTOR: LEYTON,DAVID S.,
           P-76775  810-922-5638 APPOINTED          P-35086
      LOWER DISTRICT:  6700 CTY# 25  CASE# 20T00699    PRELIM: WAIVE 05/21/20
      INCARCERATION DATE:           DISTRICT ARRAIGNMENT:




                                Bond History
      ------------------------------------------------------------------------

          Num      Amount              Type          Posted Date    Status
          ---  ---------------   --------------------  -----------  -----------
           1        $5,000.00    Personal Recognizance



                                   Charges
      ------------------------------------------------------------------------
      Num Type    Charge(Pacc)    Asc/Trf  Charge Description   Offense Dt  Dsp Evt
      --- ----   ----------------  -------  --------------------  ----------  --- ---
      01  ORG    333.74032B1                POSS METHAMPHETAMINE   03/24/20   RMD MAJ



                             Actions, Judgments, Case Notes
      ------------------------------------------------------------------------
```

001                                                              EXHIBIT 4

```
Num   Date     Judge        Chg/Pty  Event Description/Comments
----  -------- ----------   -------  ------------------------------------------
  1   05/21/20 GOGGINS       00001   MISCELLANEOUS HEARING
                                     HEARING HELD IN DISTRICT COURT
                                     PLEAD GUILTY
                                     PLEA: GUILTY. PLEA AGREEMENT:
                                     PEOPLE WILL AMEND COUNT 1 TO
                                     POSSESSION OF METHAMPHETAMINE.
                                     PEOPLE WILL DISMISS ORIGINAL
                                     CT 2 (MAINTAINING DRUG HOUSE).
                                     DEFT WILL PLEAD GUILTY TO
                                     AMENDED COUNT 1. SENTENCE
                                     AGREEMENT: NO UP FRONT JAIL
                                     ON THIS CASE. NO SENTENCE
                                     ENHANCEMENT. NO CONSECUTIVE
                                     SENTENCING. NO HYTA/7411.
                                     RESTITUTION AS DETERMINED BY
                                     COURT AS TO ALL COUNTS
                                     ORIGINALLY CHARGED. SENTENCE
                                     DATE SET BY COURT.
  2                          00001   SET NEXT DATE FOR: 07/10/20  9:00 AM
                                        SENTENCING
  3            NEWBLATT              *SPECIAL PLEA*
                                     FELONY PLEA TAKEN IN DISTRICT COURT
                                     BINDOVER RECEIVED: 5/27/20
                                     A/A: CITY OF FLINT
                                     (JUDGE GOGGINS)
  4                                  RETURN TO CIRCUIT COURT
  5   06/18/20                       PROOF OF SERVICE FILED
                                     OF PEOPLE'S DISCOVERY UPON
                                     ATTY OF RECORD ON 4/27/20
                                     FILED
  6   06/29/20                       REMOVE NEXT EVENT: 07/10/20  9:00 AM
                                        SENTENCING
                                     TO BE RESCHEDULED BY THE COURT
  7   07/14/20                       NOTICE SENT FOR:   08/06/20  8:30 AM
                                        SENTENCING
                                     ADJ FROM 7/10/20 BY THE COURT.
                                     ***MUST APPEAR IN COURT***
  8   07/30/20                       REMOVE NEXT EVENT: 08/06/20  8:30 AM
                                        SENTENCING
  9                                  NOTICE SENT FOR:   08/13/20  9:45 AM
```

```
                                    SENTENCING
                                    ADJ FROM 8/06/20 BY THE COURT.
                                    ***MUST APPEAR IN COURT***
 10 08/13/20                        MISCELLANEOUS HEARING
                                    PROCEEDING DIGITALLY RECORDED
                                    APA HORVATH, ATTY ROBINSON AND
                                    DEFT PRESENT FOR A SENTENCING
                                    DATE. COUNSEL MET IN CHAMBERS
                                    W/ JUDGE. BACK ON RECORD:
                                    ATTY ROBINSON INSTRUCTED THE
                                    COURT THAT DEFT WILL W/DRAW
                                    HIS PLEA MADE IN DISTRICT
                                    COURT AND REQUESTS THIS CASE
                                    BE REMANDED BACK TO DISTRICT
                                    COURT. COURT GRANTED AND WILL
                                    HAVE THE CASE REMANDED. AN
                                    ORDER TO BE PREPARED.
 11                          00001  MISCELLANEOUS ACTION BY JUDGE
                                    PROCEEDING DIGITALLY RECORDED
                                    PLEA WITHDRAWN
 12                          00001  MISCELLANEOUS ACTION BY JUDGE
                                    REMAND TO DISTRICT COURT
 13 08/18/20                        REMAND ORDER
                                    REMAND TO DISTRICT COURT AND
                                    CERTIFICATE OF SERVICE OF SAME
                                    UPON ALL PARTIES ON 8/18/20
                                    FILED
 14 08/19/20                 00001  CHR ACCEPTED
 15 08/27/20                        RECEIPT OF REMAND FROM
                                    DISTRICT COURT RECEIVED/FILED
.............................  END OF SUMMARY  .............................
```

Enter New Search

Disclaimer