

**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

FBI - Detroit Office
477 Michigan Avenue
Detroit, MI 48226

**Case Number:**
**LIMS Number:** 2021-SFL5-01017

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B141 | Methamphetamine Hydrochloride | 25.2 g ± 0.2 g | 98% ± 6% | 24.6 g ± 1.5 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 02/11/2021     **Gross Weight:** 64.2 g     **Date Received by Examiner:** 02/26/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B141 | 1 | Plastic Bag | Crystalline | 24.8 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received.  Methamphetamine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B141 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 1B141 | NCL-MEM-GCQ1 / Gas Chromatography |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Languge for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Heather M. Miller, Senior Forensic Chemist     **Date:** 03/02/2021
**Approved By:** /S/  Nicole K. Burns, Senior Forensic Chemist     **Date:** 03/03/2021

DEA Form 113 August 2019



FRALEY 001

0001
EXHIBIT 5

Page 1 of 1