MICHIGAN DEPARTMENT OF CORRECTIONS  CFJ-110-A
PAROLE VIOLATION REPORT  Rev. 6/01

| INSTITUTION: | MDOC Nbr.: | NAME (Last, First) | REPORT DATE: | PREPARED BY: | PHONE: |
|---|---|---|---|---|---|
| Genesee/Flint/Parole/REP | 469250 | Fraley, Michael | 01/05/2017 | STEVEN M HESTER | (810) 767-0630 |

| TYPE OF REPORT: | | RECOMMENDATION: |
|---|---|---|
| ☐ TECHNICAL   ☐ SUPPLEMENTAL | | Issue #2 Parole Warrant |
| ☒ FELONY   ☐ SPECIAL INVESTIGATION | | |

| VIOLATION DATE: | ACTION WHICH CONSTITUTED VIOLATION ON THIS DATE: | ARREST DATE: |
|---|---|---|
| 12/08/2016 | 4.19 - Comply w/GPS | 12/16/2016 |

| DATE AVAILABLE: | PLACE OF CUSTODY: |
|---|---|
| N/A | Genesee County Sheriff's Department |

| DISTRIBUTION: | PV SPECIALIST; PSU; FILE | | | | |
|---|---|---|---|---|---|
| PAROLE TERM: | 11/15/2016 | TO 11/15/2017 | PMX: 05/08/2020 | AMX: | |
| SUPERVISION LEVEL: | Parole Minimum Administrative | | RISK LEVELS: | Property Risk High/Assaultive Risk Middle | |

### APPREHENDED ABSCONDER SUPPLEMENTAL PAROLE VIOLATION REPORT

**ADDITIONAL PROOFS OF VIOLATION**

**COUNT VII: VIOLATION OF RULE #6, ASSOCIATION:** Michigan State Police Troopers Faye, Carberry and Faucette and Agent's Drake and Horne can testify that on or about 12/16/16 Parolee Fraley associated with Dan Lofton who is a convicted felon.

**ABSCONDER APPREHENSION**

On 12/16/16 a tip was received that Parolee Fraley was staying at Probationer ▓▓▓▓▓ residence located at ▓▓▓▓ Hemphill Rd. Agent's Mark Drake and Chris Horne along with MSP Troopers Faye, Carberry and Faucette went to the residence in an attempt to located Parolee Fraley. He was found at the residence and was taken into custody without incident. He was transported to the Genesee County Jail and a detainer was put in place. Agent Hester was notified that same day. A LEIN/CCH dated 12/21/16 revealed no new criminal behavior, outstanding warrants or PPO's, further verifying the absconder warrant had been cancelled.

**SUMMARY OF PAROLE**

**Orientation:** Parolee Fraley is currently serving 1y-6m to 10y for the charge of Larceny From Person which was imposed on 09/25/08 and 1y-3m to 7y-6m for the charge of Retail Fraud-1st Deg (HO2) which was imposed on 11/16/09. On 11/15/16 he was released to a 12 month parole term with the first 90 days on GPS tether followed by 90 days of CM tether. On 11/15/16 an initial orientation was completed at the Flint Parole Office by Agent Hester. Due to Parolee Fraley having a **HIGH VFO** risk and a **HIGH NON VFO** risk on his COMPAS and due to his history of absconding and non-compliance on his previous parole term he was placed at the Intensive supervision level for the first 6 months of his term.

**MICHIGAN DEPARTMENT OF CORRECTIONS**  
**PAROLE VIOLATION REPORT**

CFJ-110-A  
Rev. 6/01

**Adjustment:** Parolee Fraley has shown a poor adjustment to parole supervision so far this term. The night he paroled he left his residence all night, failed to charge his tether causing it to power off and later admitted to drinking that night. On 11/17/16 he contacted Agent Hester and was in Hurley Hospital due to being physically assaulted. He informed Agent Hester that the night he went out, he was partying and flirted with a female and ended up getting jumped by three males for it. He did not contact the police and took himself to the hospital. That same day Agent Hester met with Parolee Fraley at the hospital and verified with staff that he had been beaten severely. He was released from the hospital on 11/18/16 and was doing well on supervision until he left early on the morning of 12/08/16 and cut his tether off, leading to the instant violation.

**Home Placement:** Parolee Fraley's last resided at ▮▮▮▮▮ Flint, MI 48506

**Employment:** Parolee Fraley has remained unemployed during this parole term.

## NARRATIVE OF ADDITIONAL VIOLATIONS

**Violation:** On 12/16/16 a tip was received that Parolee Fraley was staying at Probationer ▮▮▮▮▮ residence located at ▮▮▮▮▮. Agent's Mark Drake and Chris Horne along with MSP Troopers Faye, Carberry and Faucette went to the residence in an attempt to located Parolee Fraley. He was found at the residence and was taken into custody without incident.

**Due Process:** On 12/21/16 Agent Hester met with Parolee Fraley at the Genesee County Jail and served him parole violation charges. He signed the charges, waived his rights to a preliminary parole violation hearing and received a copy. A CFJ 498 was completed finding him medically eligible for diversion.

**Parolee's Statement:** Parolee Fraley stated that he got nervous about people coming to his Aunt's residence to fight him, so he left.

**Availability:** Parolee Fraley has been unavailable since his arrest due to new felony behavior.

**Court Information:** Parolee Fraley was arraigned in the 67th District Court, docket 16T02826, on 12/17/16 for the charge of Tampering with Electronic Monitoring Device. He is being held on a $5,000.00 c/s bond that remains unfurnished and his next court date is a preliminary exam scheduled for 01/10/17.

## ADJUSTMENT

Parolee Fraley stated that he left his residence because he got nervous about people coming to his Aunt's residence to fight him. He stated that he had been staying at various hotels on Miller Rd and with ▮▮▮▮▮ He denies any employment, substance abuse, treatment or new criminal behavior.

## RECOMMENDATION

Issue a #2 warrant to maintain jurisdiction.

▮▮▮▮▮ - Fraley, Michael  
[#TPG#]  
05/19/2021 09:46:24

Page [#CPG#] of