| MICHIGAN DEPARTMENT OF CORRECTIONS | | | | | CFJ-110-A |
|---|---|---|---|---|---|
| PAROLE VIOLATION REPORT | | | | | Rev. 6/01 |

| INSTITUTION: | MDOC Nbr.: | NAME (Last, First) | REPORT DATE: | PREPARED BY: | PHONE: |
|---|---|---|---|---|---|
| Genesee/Flint/Parole/REP | 469250 | Fraley, Michael | 11/21/2013 | STEVEN T SCHABEL | (810) 767-0630 |

| TYPE OF REPORT: | | | | RECOMMENDATION: |
|---|---|---|---|---|
| X | TECHNICAL | | SUPPLEMENTAL | Continue Parole - EMS, Continue Parole - Residential ReEntry Program |
| | FELONY | | SPECIAL INVESTIGATION | |

| VIOLATION DATE: | ACTION WHICH CONSTITUTED VIOLATION ON THIS DATE: | ARREST DATE: |
|---|---|---|
| 08/07/2013 | 2.1 - Treatment Program | 11/14/2013 |

| DATE AVAILABLE: | PLACE OF CUSTODY: |
|---|---|
| 11/14/2013 | Genesee County Sheriff's Department |

| DISTRIBUTION: | PV SPECIALIST; PSU; FILE | | | | | | |
|---|---|---|---|---|---|---|---|
| PAROLE TERM: | 04/02/2013 | TO | 08/07/2014 | PMX: | 02/14/2019 | AMX: | 02/14/2019 |
| SUPERVISION LEVEL: | Parole Absconder Warrant Status | | | RISK LEVELS: | Property Risk High/Assaultive Risk Middle | | |

## APPREHENDED ABSCONDER SUPPLEMENTAL PAROLE VIOLATION REPORT
Updating parole violation report dated 8/12/2013

### ADDITIONAL CHARGES
None

### ABSCONDER APPREHENSION
On 11/14/13 Michigan State Police Trooper Donnelly conducted a routine traffic stop. Parolee Fraley was a passenger in the vehicle and was taken into custody due to his outstanding absconder warrant. While he was being arrested he informed police that he had swallowed 30 Xanax pills. Police then took him to Hurley Hospital and once he was cleared he was taken to the Genesee County Jail where he was lodged. A detainer was put in place that same day as well as the absconder warrant being canceled.
A LEIN/CCH dated 11/21/13 revealed no new criminal behavior, outstanding warrants or PPO's.

### SUMMARY OF PAROLE
**Orientation:** Parolee Fraley was released to a 15 month term on 04/02/13. An initial orientation was completed by Agent Hester on 04/02/13. At that time Parolee Fraley was referred to CMH to have an assessment completed and was referred to Catholic Charities for outpatient substance abuse treatment. Parolee Fraley was being supervised at SA Intensive EMS Unemployed. Parolee Fraley has a **Violence Risk Score of 10** and a **Recidivism Risk Score of 10**.

**Adjustment:** Parolee Fraley has shown a poor adjustment to parole supervision this term. He has been on parole for a total of 7 months and has only been actively supervised for approximately 17 days. His reporting habits are poor and he has not been attending programming as instructed. This represents Parolee Fraley's third formal violation. His first violation occurred during a compliance check that occurred on 04/15/13. Multiple baggies of methamphetamines were located in his residence, as well as drug paraphernalia and a probation

**MICHIGAN DEPARTMENT OF CORRECTIONS**  CFJ-110-A
**PAROLE VIOLATION REPORT**  Rev. 6/01

absconder. As a sanction he was placed into IDRP with placement back on tether upon completion, CBT and a no contact order with ▇▇▇▇. On 05/20/13, Parolee Fraley was released from IDRP and placed back on tether. On 05/23/13 Parolee Fraley cut his tether and absconded from supervision. He was apprehended on 06/28/13 while in the company of ▇▇▇▇ and had a syringe in his pocket. As a sanction he was ordered back to IDRP followed by inpatient treatment and placement back on RF tether. On 08/07/13, upon completion of IDRP, Parolee Fraley was transported to Tri-Cap for inpatient treatment. He left the facility within 15 minutes of being dropped off and failed to make any further reports.

**Home Placement:** Parolee Fraley last resided with his Aunt at ▇▇▇▇ Clio, MI 48420.

**Employment:** Parolee Fraley has remained unemployed this parole term.

### NARRATIVE OF ADDITIONAL VIOLATIONS
See absconder apprehension section.

**Due Process:** On 11/18/13 Agent Hester met with Parolee Fraley at the Genesee County Jail and was served parole violation charges. He signed the charges, waived his rights to a preliminary parole violation hearing and received a copy. A CFJ 498 was completed finding Parolee Fraley medically eligible for diversion. He did list Depakote as a prescription he was taking prior to being arrested; however Agent Hester verified with the jail that he has not been prescribed or been treated with the prescription.

It should be noted that while Agent Hester was serving Parolee Fraley charges, he informed Agent Hester that he did not really swallow the pills, he just said it to delay his arrest.

**Parolee's Statement:** Parolee Fraley stated he absconded due to having a hard time ending his relationship with ▇▇▇▇. He further stated that he no longer associates with ▇▇▇▇.

**Availability:** Parolee Fraley is available to the Department as of his arrest on 11/14/13.

**Court Information:** N/A

### ADJUSTMENT
Parolee Fraley stated that he absconded due to having a hard time dealing with his breakup with ▇▇▇▇. While absconded he primarily resided in Cadillac; however not at any residence for an extended period of time. He reported doing side jobs tree trimming. He denies any drug or alcohol use, any drug or alcohol treatment or new criminal behavior.

### RECOMMENDATION
Due to Parolee Fraley absconding for the third time this parole term, it is recommended that he be placed in DRC followed by 90 days on RF tether.