UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                       Case No. 21-cr-20184
                                       Hon. Matthew F. Leitman
                                       Mag. Kimberly G. Altman

(D-1)  MICHAEL FRALEY, JR.,

      Defendant.
_____

**INDEX OF EXHIBITS**
**TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF *MOTION TO REVOKE THE DETENTION ORDER* (ECF NO. 36)**

| **Exhibit** | **Description** |
|---|---|
| A | Verification Letter and Emails |
| B | Boegner Letter |
| C | Dupuis Letter |
| D | Flint Odyssey House |
| E | Deputy Lewis Letter |

Respectfully submitted,

Dated: July 15, 2021

*/s/Ray Edward Richards, II*
RAY EDWARD RICHARDS, II (P56972)
Richards & Associates, PLLC
Attorney for Defendant Fraley
200 E Big Beaver Rd
Troy MI 48083-1208
(313) 694-8400
Fax: (586) 296-5736
rayrichardsesq@gmail.com