EXHIBIT      A

# Gentlemen's Quality Home Improvement LLC

*gghi.flintmi@gmail.com*
*After Business Hours (810) 660-4232*
*Main Office (810) 962-5021*

**Letter of Employment Verification**

June7th, 2021

Re: Employment Verification for Micheal Fraley

To Whom It May Concern:

This letter is to certify that Micheal Fraley is an employee at Gentlemen's Quality Home Improvement and is working as a Skilled Laborer full time, and has been employed here from March 2019 up until his current incarceration. His salary is $14 per hour, and he works anywhere from 32 hours to 46 hours per week. Mr. Fraley is a dedicated hard worker and is a needed asset to my company's workforce.

If you have any questions regarding Mr. Fraley's employment, please contact our office manager, Kristen, at (810) 962-5021.

Sincerely,
Thomas Owens
Owner/Operator GQHI

A

 Gmail

**Attorney Ray Richards <rayrichardsesq@gmail.com>**

# C/O Michael Fraley Employment Verification

3 messages

---

**Thomas Owens** <gqhi.flintmi@gmail.com>                    Thu, Jun 17, 2021 at 12:18 PM
To: rayrichardsesq@gmail.com

Hello this is in regards to Michael Fraley and his employment verification my name is
Kristen Coleman I am the head manager at Gentlemens Quality Home Improvement if
you have any questions or comments concerns you may give me a call back at 810-962-
5021. Or feel free to email me at this contact email thank you and have a wonderful day!

Sincerely,

K.Coleman
Management GQHI

📄 **Employment-verification-letter copy.docx**
22K

---

**Ray Richards** <rayrichardsesq@gmail.com>                    Fri, Jun 18, 2021 at 11:46 AM
To: Thomas Owens <gqhi.flintmi@gmail.com>
Bcc: RayRichardsEsq@gmail.com

Received thanks!

> On Jun 17, 2021, at 12:18 PM, Thomas Owens <gqhi.flintmi@gmail.com> wrote:
>
> Hello this is in regards to Michael Fraley and his employment verification my name is
Kristen Coleman I am the head manager at Gentlemens Quality Home Improvement if
you have any questions or comments concerns you may give me a call back at 810-962-
5021. Or feel free to email me at this contact email thank you and have a wonderful day!
>
> Sincerely,
>
> K.Coleman
> Management GQHI
>
> <Employment-verification-letter copy.docx>

---

**Thomas Owens** <gqhi.flintmi@gmail.com>                    Tue, Jun 22, 2021 at 1:38 PM
To: Ray Richards <rayrichardsesq@gmail.com>

Hello attorney Richards this is Kristen again with Gentlemens quality home improvement I'm just writing in regards to Michael Fraley and his court date that was to be yesterday. I just wanted to know what was going on with his release if he was going to be able to be released per work release. He is needed due to increasingly high demand in our workforce. We are very busy to say the least, and he is One of our more experienced and reliable skilled workers. If You can please either email me back or call me at the number previously given to you too just let me know how things are going with his release. If anything else is needed please let me know if any other information is needed. Thank you for your time and I hope to be hearing back from you soon.

Sincerely,

K. Coleman
Management GQHI
[Quoted text hidden]