EXHIBIT     B

To whom it may concern,

This is Michael's Aunt Beth. I believe Michael will do better with his family around. We are a very close family and with our help, I have confidence he will do better. I live out in the country in Montrose, Mi. with 10 acres of property, a horse, pond, and lots of work to do around the land.

I have my two children living with me now. My daughter Jada Jeffries who is 20 years old and my son Steven Jeffreis who is 19 years old. They are also working part time jobs, so it would be incredibly helpful for Michael to be with me. My health has been unstable since I had Covid-19 back in April of 2020. Having Michael living here would benefit me with things I can no longer handle as well as with him, there is plenty here to do to keep him busy. Besides all the yard work, he could also assist me with my medical needs. I am on oxygen and have bad kidney issues and can no longer handle many household chores.

With Michael being older, I feel our family being around will benefit him to see the better side of life. We can push him to want to be a better person and want more for himself. I hope you will truly consider letting him come live with me. With us, family is important and we encourage each other to push harder for a better life. With him coming to live here, it would honestly benefit us both and together we will be strong and make better choices in life.

Sincerely,

Bethany Boegner

*Bethany Boegner*