EXHIBIT     C

Your Honor,

This is Jennifer Anne Dupuis, MIchaels aunt. I know Michael has done some things in life that he is not proud of but I know he has a good heart. My sister Bethany Boegner is willing to open her home up to him. We have a very close family, so Michael will always have one of us around to watch and help him stay strong. I am at my sister's house every day that I am not at work to assist her with her household chores that she can no longer do. I am a medical assistant at Clio Urgent Care. My home is only 15 minutes away from my sister's house and my work is 6 minutes away. My sister owns 10acres of land to keep MIchael busy and she needs his help. Her health makes it very difficult for her to keep up. So, please consider letting Michael stay with her.

Thank you for your time and consideration,

Jennifer Dupuis

*Jennifer Dupuis*