EXHIBIT      D

# FLINT

### Residential



Flint Odyssey House is a residential treatment facility that provides client-centered substance abuse and mental health treatment for men, women, couples, parenting women and men, and families. This therapeutic community uses treatment methods that are based on social learning theory blended with behavioral modification, cognitive restructuring, insight-orientated therapy, and collective recovery.

529 M.L. King Blvd.
Flint, MI 48502
Main Phone: (810) 238-0483
Admissions: (810) 238-5888

### Adult Outpatient



Flint Odyssey House's outpatient services are for people with substance use disorders (SUD) or dual diagnoses who do not require medical detoxification or 24-hour supervision. We offer day treatment, intensive outpatient and outpatient services. The program is designed to help establish supports, facilitate relapse management, and instill coping strategies. Our programs are alternatives to inpatient and residential treatment.

1108 Lapeer Rd
Flint MI 48502
Phone: (810) 232-7919
Fax: (810) 232-7913

### Adolescent Outpatient



Our adolescent substance abuse program is designed to address the drug use of Genesee County area teens between the ages of thirteen and seventeen. Components of the program include intensive outpatient, individual counseling, case management, peer recovery support services, and family support resources.

718 Oak St

Flint, MI 48503

Phone: 810-233-8815

## Recovery Housing



Transitioning back into everyday life after facing addiction and SUDs can be overwhelming. Odyssey Village provides a number of safe, structured therapeutic recovery housing options that support a lifestyle of lasting recovery. Our governing principle is "self-help and mutual self-help," where each resident assumes primary responsibility for their own recovery, as well as the recovery of their peers. Residents are offered up to twelve months of residential assistance.

932 Beach Street

Flint, MI 48503

Phone: (810) 238-5888

## Detox



For the addicted, the fear and the effects of withdrawal following an abrupt discontinuance of alcohol, opioids, or other addictive substances is often the barrier to learning how to live a clean and sober life. At Flint Odyssey House, we offer a comprehensive, compassionate approach to detox that addresses all aspects of physical, mental, and emotional health. We provide both clinically and medically monitored 24/7 care, utilizing over-the counter medications and short-term use of prescriptions to help alleviate potentially

dangerous side effects, as well as reduce cravings. As withdrawal symptoms begin, our staff provides guidance and support to keep clients comfortable. We also counsel and recommend the next-steps for sustained recovery. The length of stay will vary from two to five days based on medical necessity.

529 M.L. King Blvd.

Flint, MI 48502

Admissions: (810) 238-5888

## Community Involvement Center



Flint Odyssey House's Community Involvement Center is the first stop on the journey to recovery. New clients are screened and recovery options are discussed based on their needs. This office is also houses enhanced women's specialty services, the enhanced parenting project, our media team, accounting, and recovery housing offices.

932 Beach Street

Flint, MI 48503

Phone: (810) 238-5888

## Flint Strive



(http://www.flintstrive.com/)STRIVE's mission is to transform the lives of at-risk populations by providing support and training that lead to livable wage employment and societal re-integration through vocational training and viable wage employment direction.

1108 Lapeer Rd

Flint MI 48503

Phone: (810) 232-5661

Fax: (810) 232-5669

**Health Awareness Center**



**(http://www.odysseyvillage.com/index.php/programs/hac/history)**

HAC serves to foster and embrace the concept of "holistic" programs, which address the health and human service needs of the community, including its youth and family units. HAC also has several ethnic enrichment and education programs.

1202 Martin Luther King Ave

Flint, MI 48503

Phone: (810) 767-1157 (https://www.google.com/search?
q=health+awareness+center+flit&rlz=1C1GCEU_enUS821US821&oq=health+awareness+center+flit&aqs=chrome
8#)