EXHIBIT    E

To Whom It May Concern,

Michael Fraley has been a housing unit worker in the Genesee County Jail from April 2021 to present day. This position offers those who are incarcerated a chance to take on extra responsibility while being housed in the jail. To qualify for the position candidates must present certain qualities such as trustworthiness and have a sense of motivation to want to improve themselves and their surrounding through service. Candidates must have a good character, not appear violent in nature and be reliable as they work closely around staff and other inmates.

I have known Fraley during his time of incarceration since early 2021. During my time of observing Fraley I have seen him remain free from conflict with other inmates and remain free from disciplinary actions. Fraley has been productive with his time through mentoring others, volunteering to help staff in the jail and maintain the floors sanitation and safety procedures through the housing worker position. I have watched Fraley work hard to create a safe and positive environment while incarcerated by cleaning cells, sanitizing commonly used areas, and showing good judgment when asked to perform any additional tasks by staff.

It is my observation that Fraley has potential to excel. Since being incarcerated Fraley does not have a history of negative behavior or disciplinary infractions. Through conversation with Fraley and observance of his work ethic I do believe that Fraley would make the most out of any second chance opportunities available for him.

Respectfully,


Deputy A.H. Lewis