UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 21-cr-20184-01
                                                  Hon. Matthew F. Leitman

v

D1, MICHAEL FRALEY, JR.,

    Defendant.

_____/

## MOTION AND ORDER TO SEAL

The United States of America by and through its undersigned attorney's respectfully requests that Exhibit 1 for the United States of America's Supplemental Response to Defendant's Motion to Revoke Detention Order be sealed until further order of this Court because it contains personally identifiable information.

                                                            Respectfully submitted,

                                                            SAIMA S. MOHSIN
                                                            Acting United States Attorney

Dated: July 22, 2021                    s/BLAINE LONGSWORTH
                                                            Assistant United States Attorney
                                                            600 Church Street, Flint, MI   48502
                                                            Phone: (810)766-5177
                                                           Blaine.longsworth@usdoj.gov
                                                           P55984

**IT IS SO ORDERED**.

                                                           /s/Matthew F. Leitman
                                                           MATTHEW F. LEITMAN
Dated:  July 22, 2021                 UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 22, 2021, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764