UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | PSR (FILED UNDER SEAL) |