UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 21-cr-20184-01
Hon. Matthew F. Leitman

v.

D1, MICHAEL FRALEY, JR.

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR BOND (ECF No. 36)

On August 19, 2021, the Court held a hearing on Defendant's Motion for Bond (ECF No. 36). For the reasons stated on the record, IT IS HEREBY ORDERED that the motion is DENIED.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: October 20, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764