UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

D1 MICHAEL FRALEY JR. and
D2 ALEXANDRIA DODGE,

          Defendants.

CASE NO: 21-cr-20184

Hon. Matthew F. Leitman
United States District Judge

## STIPULATION TO CONTINUE THE PLEA CUT-OFF, THE FINAL PRETRIAL CONFERENCE AND TRIAL AND TO FIND EXCLUDABLE DELAY

The parties stipulate to continue the plea cut-off date, the final pretrial conference date, and the trial date for approximately 30 days. The parties further stipulate and jointly move for the Court to find that the time period between January 11, 2022, and the new trial date qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties' reasons for the continuance and for a finding of excludable delay are as follows:

- The parties wish to continue to engage in case negotiations that may resolve some or all of the issues in this case or narrow the disputed issues.

- The parties need additional time to review discovery, engage in additional investigation, and perform legal and factual research, which will assist counsel in providing advice to the defendant regarding strategy, options, and any plea offers.
- Defense counsel has a scheduling conflict with the current final pretrial conference date and the trial date.

The parties therefore request that the Court grant a continuance of the trial date, the final pretrial conference, the plea cut-off date, and the motion cut-off date, and further find that the delay caused by this continuance should be deemed excludable time under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

SAIMA S. MOHSIN                                       Dated: November 9, 2021
Acting United States Attorney


s/Blaine Longsworth                                   s/Ray Richards w/consent
Assistant United States Attorney                      Attorney for Defendant
600 Church Street                                     200 Big Beaver Road
Flint, Michigan 48502                                 Troy, MI 48083
(810) 766-5177                                        (810)767-7383
blaine.longsworth@usdoj.gov                           rayrichardsesq@gmail.com

<u>s/Kimberly Stout w/consent</u>
Attorney for Defendant
370 E. Maple Rd. Third Floor
Birmingham, MI 48009
(248)-258-3181
wadesmom1@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D1 MICHAEL FRALEY JR. and
D2 ALEXANDRIA DODGE,

        Defendants.

CASE NO: 21-cr-20184

Hon. Matthew F. Leitman
United States District Judge

---

### ORDER TO CONTINUE THE PLEA CUT-OFF, THE FINAL PRETRIAL CONFERENCE AND TRIAL AND FIND EXCLUDABLE DELAY

---

The Court has considered the parties' stipulation and joint motion to continue the trial, the final pretrial conference, and the plea cut-off date for approximately 30 days and for a finding that the time period from January 11, 2022 to the new trial date qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from

today's date to the new trial date qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that:

- The parties wish to continue to engage in case negotiations that may resolve some or all of the issues in this case or narrow the disputed issues.

- The parties need additional time to review discovery, engage in additional investigation, and perform legal and factual research, which will assist counsel in providing advice to the defendant regarding strategy, options, and any plea offers.

- Defense counsel has a scheduling conflict with the current final pretrial conference date and the trial date.

**IT IS THEREFORE ORDERED:**

The dates in this matter are reset as follows:

Plea cut-off is reset for December 29, 2021;

Pretrial filings due January 20, 2022;

Final Pretrial Conference is reset for January 27, 2022 at 11:00 a.m.;

Jury Trial is reset for February 15, 2022 at 9:00 a.m.

**IT IS FURTHER ORDERED:**

The time from January 11, 2022, to February 15, 2022 shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds

3

that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 22, 2021