Michael Finley Jr
Case No. 21-cr-20184
Hon. Matthew Leitman

To who it may concern;

My name is Michael Finley Jr Case No. 21-cr-20184.

I am writing in concern of my case going forward in this matter. My Attorney was Mr. Ray E. Richards, he put a motion to withdraw from my case on 12/18/21. From that point on I have not received a new counsel. I had a court date on 1/27/22 but did not go and did not hear from any attorney.

At this point I am concerned about my right to have counsel. I don't know who to contact about this situation. I've wrote the Clerks office but to no avail.

So I'm writing to you in hopes of getting a response letting me know what to do and or who is who (Attorney). If you could get back with me at your earliest convenience it would be highly appreciated.

Do I have another court date? If so when it is for?

Thank You For Your Time

#55409 Michael Finley Jr

Michael Finley

