UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Case No. 21-cr-20184 |
| Plaintiff, | Hon. Shalina D. Kumar<br>United States District Judge |
| v. | |
| Michael Fraley, Jr. | |
| Defendant. | |

## WAIVER OF INDICTMENT

I, Michael Fraley, Jr., the defendant in this case, understand that I am being charged with the following felony: Possession with Intent to Distribute Five or More Grams of Methamphetamine. I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

Michael Fraley, Jr.
Defendant

Henry Scharg
Attorney for Defendant

Dated: 9/20/22