UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FRALEY, JR.,<br>a/k/a "Sarge,"<br><br>Defendant. | CASE NO: 21-cr-20184<br><br>HON. SHALINA D. KUMAR<br>United States District Judge<br><br>HON. CURTIS IVY, JR.<br>United States Magistrate Judge |

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, Michael Fraley, Jr., defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the information in this cause prior to pleading thereto, and I have read the same and understand its contents. I waive its being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count 1:** Imprisonment for a minimum of 5 years and a maximum of 40 years, to be followed by a term of supervised release of at least 4 years, and/or a fine of not more than $5,000,000.

Dated: 9/20/2022

MICHAEL FRALEY, JR.
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 9/20/2022

HENRY SCHARG
Attorney for Defendant