UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                        Plaintiff,

v.                                                   Case No. 4:21−cr−20184−SDK−CI
                                                  Hon. Shalina D. Kumar

Michael Fraley, Jr, et al.,

                        Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Michael Fraley, Jr

The defendant(s) shall appear before District Judge Shalina D. Kumar at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan, for the following proceeding(s):

- SENTENCING: January 26, 2023 at 11:00 AM

**ADDITIONAL INFORMATION:** Any sentencing memorandums are due at least one week prior to the sentencing date.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/T. Hallwood
                                                      Case Manager

Dated: September 20, 2022