To Judge Kumar

From Michael Fraley Sr

DOB 04/27/1981

Case Number 21-cr-20184

Address 255 W. Main st
Harrison MI 48625
Clare County Jail

Your Honor,

I am writing you because I would like to share a little about my self and what I have planed for my self when this is over and I am released. Your Honor I've been addicted to drugs pretty much my whole life, I first tried cocaine when I was in the 5th grade, by age 14 I was smoking crack cocaine. (Sad Really) When my family started to notice my Aunt Jennier & Uncle Paul stepted in and took me away from the East Side of Flint and took me to Clio to give me a better chance at life, They tried very hard your Honor to turn my life around, but I was just getting started in my addiction and I would sneak back to the East Side every chance I got so I could use drugs. I have WASTED so much of my life Your Honor!

I Dont want to waste Any more of it. By the time I was 12/13 I was Already in A gang, it was All Around me growing up, before I Really understood what I was getting my self into. In 2016 I finally made up my mind And Decided that I had, had enough, I was beaten by several gang members in order to get out And be Done, but its Never Really that easy, cant fully get Away when I put myself in this situation And for that Reason I have An Attive hit on me where ever I go. Thats the price I AM willing to pay for my Freedom. I've missed out on so much of my childrens life because of my choices I Refuse to miss out on my grand sons, He is one year old, he was born since I've been here.

I am 42 years old and its very unfortunate that it's taken me this long to realize how short and how precious life is, can't get the time back that I've already missed out on. I am working very hard on taking my sobriety seriously. While I was at the Genessee County Jail I participated in I.G.N.I.T.E. Program and we did a Scared Straight program working with small groups of teenagers. Telling my story to those kids brought great satisfaction, and Hope to me! Knowing that if I could save just one of those kids from the life I've lived then it would of been all worth it! When I am Released I'm going to continue to work on my life so I can put my self in a position to help kids going down the wrong path. I am going to turn my tradject life story into a success story!

Also your Honor my family Really needs me. My Aunt Beth Boegner is very ill she is on Dialeyias And has COPD she is on oxygen And its very hard for her to get Around. She has to do Dialeyias every day. So I want to do the class needed So I can learn how to put her on the machine from home. Thats where I'm going to be living when I get home. It gives me great joy in knowing I will be there with her And be Able to help her. The rest of my family is just busy in there own lives so the Responablity is going to be on me. Its going to do me Alot of good. I just waded to share A little About myself with you your Honor I could keep on writing but I'm sure you Dont have the time And I Dont have enough paper (lol) Have A Blessed Day Your Honor!



jpay Tell your friends and family to visit www.jpay.com to write letters and send money!