May 23, 2023

To whom it may concern,

I am writing on behalf of my cousin, Michael Fraley. I have been speaking with Michael a lot lately about how much help our family could use with caring for my sister and his aunt, Bethany Boegner. When he gets released, he will be staying with her, and I am counting the days. We could really use his help. Beth has been very ill over the last 3 years. She has COPD and is on oxygen 24/7, she is also on dialysis 3 days per week. It has been difficult getting her to and from dialysis and manage her multiple health issues while living in Metro Detroit and trying to work at my own job. When Michael gets out, he will be living with her and will be a great deal of help. Once he is out, we have set up for him to be trained for in home peritoneal dialysis, which will keep Beth from having to go out for dialysis and can have it done in her own home by a trained family member. Also, he will be helping around the house since she has trouble going up and down stairs, and due to her chronic illnesses, she is quite sick most days and has a hard time getting around or even remembering to take her medications or eat. Her health issues have caused a lot of stress for our family.  Beth has two kids who work, as well as myself and my other sister who are available to help her. We can't take care of her and work our full-time jobs at the same time. Having Michael home, he would be the primary care provider for Beth. He would be responsible for making sure she eats, takes her medications correctly, perform daily peritoneal dialysis, makes it to her doctor appointments, and of course help her with other activities of daily living. Michael understands how sick she is and wants to help her as much as possible. He has spent a lot of time in and out of jail and has missed out on a lot of time with family members, some that have passed away already, he doesn't want to miss out on the opportunity to help Beth when she needs it the most. He has thought a lot about his time in jail and how much he has missed out on do to his poor choices in life, and I know he feels guilty about that, but he has also owned up to it. Giving him the responsibility of caring for Beth will help keep him focused. He will focus on making sure she is cared for and hopefully we can keep her out of the hospital and home with us longer.

Thank you,

Jessica Walsh