## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Oakland County Sheriff Office Case Report |
| 2 | DEA Chemical Analysis Report |
| 3 | Genesee County Sheriffs Office Case Report |