EXHIBIT 2



**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

FBI - Detroit Office
477 Michigan Avenue
Detroit, MI 48226

**Case Number:** 281D-DE-2339996
**LIMS Number:** 2021-SFL5-01017

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B141 | Methamphetamine Hydrochloride | 25.2 g ± 0.2 g | 98% ± 6% | 24.6 g ± 1.5 g |

**Remarks:**
The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 02/11/2021    **Gross Weight:** 64.2 g    **Date Received by Examiner:** 02/26/2021

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B141 | 1 | Plastic Bag | Crystalline | 24.8 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**
A composite was formed from 1 unit for testing of 1 unit received.  Methamphetamine confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B141 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 1B141 | NCL-MEM-GCQ1 / Gas Chromatography |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/  Heather M. Miller, Senior Forensic Chemist    **Date:** 03/02/2021
**Approved By:** /S/  Nicole K. Burns, Senior Forensic Chemist    **Date:** 03/03/2021

## SO - GENESEE COUNTY SHERIFFS OFFICE
### Case Report

Case No. 2012503448
Case Status Active
Report Date/Time: 12/1/2020 4:00:00 PM
Reporting Officer: Dobbs, Ryan

**EXHIBIT 2**

**FILE CLASS/OFFENSE:**
 001 - Methamphetamine - Deliver

**NATURE OF INCIDENT:**
35001 / PWID METH / SGT DOBBS / DB

**OCCURRED ON:** 12/1/2020 3:30:00 PM
(and Between)

**VENUE:** 1125 Remington Ave Flint, MI 48507
**CITY/TOWNSHIP:** 95 - Flint, Genesee

---

**SUSPECT:** Fraley, Michael
DOB: /1981
AGE: 39
RACE: White
SEX: Male
JUV: N - No
HGT: 5' 11"
WGT: 187
HAIR: Unknown
EYES: Blue
ETH: U - Unknown
Circumstances:
SMT: TAT - Tattoo TAT HEAD - Head, nonspecific "Amore Para Los Maertos"
TAT - Tattoo TAT HEAD - Head, nonspecific Butterfly
TAT - Tattoo TAT HEAD - Head, nonspecific Sgt sign
TAT - Tattoo TAT HEAD - Head, nonspecific RIP EMF
TAT - Tattoo TAT HEAD - Head, nonspecific Diamond
SSN: 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
DLN: F640603003323
DL State: Michigan

**ADDRESS INFORMATION:**
H - Home: d Clio, MI 48420 Genesee US - UNITED STATES
H - Home: Flint, MI Genesee US - UNITED STATES

Phone Information:
Emails:
M - Mobile: (810)

**NOTES:**

---

**PROPERTY:**
STATUS: Evidence
(Including Other Seized Property And Tools)
PROPERTY TYPE: Unknown Type Drug
RECOVERED BY:
RECOVERED DATE/TIME:
PROPERTY DESCRIPTION: clear plastic baggie c/ 26.2 gr clear rock like substance
DRUG QUANTITY/MEASURE: /
COUNT: 1
VALUE:
COLOR:
MANUFACTURER:
MODEL:
SN/VIN:
LICENSE NO:
VEHICLE DESCRIPTION:
VEHICLE YEAR:
NOTES:

---

**PROPERTY:**
STATUS: Evidence
(Including Other Seized Property And Tools)
PROPERTY TYPE: Unknown Type Drug
RECOVERED BY:
RECOVERED DATE/TIME:
PROPERTY DESCRIPTION: (Buy #2) Clear plastic baggie c/ 29 grams of white crystal like substance
DRUG QUANTITY/MEASURE: /
COUNT: 1
VALUE:
COLOR:
MANUFACTURER:
MODEL:

---

Case Report
Page 1 of 4
Reporting Officer: Dobbs, Ryan
Case No. 2012503448

**FRALEY**

Printed: January 19, 2021 - 8:58 AM
0002

| GCSO - GENESEE COUNTY SHERIFFS OFFICE  Case Report | Case No. 2012503448  Report Date/Time: 12/1/2020 4:00:00 PM  Reporting Officer: Dobbs, Ryan |
|---|---|

SN/VIN:
VEHICLE DESCRIPTION:  
NOTES:  
LICENSE NO:  
VEHICLE YEAR:

**PROPERTY:**
STATUS: Evidence
(Including Other Seized Property And Tools)
PROPERTY TYPE: Unknown Type Drug
RECOVERED BY:  RECOVERED DATE/TIME:
PROPERTY DESCRIPTION: (Buy #3) Clear plastic baggie c/ 29 grams white crystal like substance
DRUG QUANTITY/MEASURE: /   COUNT: 1
VALUE:   COLOR:
MANUFACTURER:   MODEL:
SN/VIN:   LICENSE NO:
VEHICLE DESCRIPTION:   VEHICLE YEAR:
NOTES:

| GCSO - GENESEE COUNTY SHERIFFS OFFICE<br>Case Report | Case No. 2012503448<br>Report Date/Time: 12/1/2020 4:00:00 PM<br>Reporting Officer: Dobbs, Ryan |
|---|---|

**NARRATIVE:**
Dobbs, Ryan - 692
12/3/2020 8:00:00 PM
Controlled Buy 1 with suspect Michael Fraley (Sarge):

On December 1, 2020, at approximately 3:45 p.m., Sergeant Dobbs along with members of the FBI Safe Streets Task Force, conducted a controlled buy of methamphetamine as part of a joint operation. Sergeant Dobbs and (TFO) Detective Brett Orvis met with Confidential Informant C/I        C/I    stated he/she could buy methamphetamine from a white male identified as Michael Fraley Jr., aka "Sarge". The C/I stated Fraley is a member of the Insane Cobra gang of Flint, Michigan. C/I     stated the purchase would take place at Fraley's residence of 1125 Remington Avenue, Flint, MI 48507.

Sergeant Dobbs and TFO Orvis met with C/I     at a prearranged location. Sergeant Dobbs searched C/I     and TFO Orvis searched the C/I's vehicle. Once both the C/I and his/her vehicle was deemed clear of drugs, weapons, money, or contraband, Sergeant Dobbs provided C/I with a mobile body bug. The mobile body bug provided audio and video surveillance during the controlled buy. Sergeant Dobbs provided C/I     with $800 of pre-recorded currency.

At approximately 4:00 p.m., C/I     left the meet location in his/her vehicle, the vehicle was under constant surveillance until the completion of the operation. TFO Orvis and Sergeant Dobbs followed C/I     from the meet location to the target location. Several other members of the Sheriff's Office as well as the FBI Safe Streets Task Force were involved in the operation, providing surveillance and security. At approximately 4:06 p.m., C/I     arrived at the target location of 1125 Remington Ave., Lieutenant Kennamer confirmed C/I     had arrived at the target location. Lieutenant Kennamer advised C/I     exited his vehicle and entered the residence. C/I     was heard over the body bug talking to a male and female.

At approximately 4:11 p.m., C/I     is heard leaving the residence via the body bug. C/I     pulls out of the driveway at approximately 4:12 p.m. TFO Orivs and Sergeant Dobbs take over mobile surveillance and followed C/I     back to the prearranged meeting location. At the prearranged meeting location, C/I     turned over a clear plastic baggie containing a large amount of a white/clear crystalline substance, believed to be methamphetamine. C/I     advised "Sarge" sold him/her the methamphetamine and that Alexandria Dodge (Allie) was present.         stated Sarge and Allie are in a relationship and often sell drugs together. Sergeant Dobbs searched C/I     and TFO Orvis searched C/I    s vehicle. Sergeant Dobbs took custody of the suspected methamphetamine with TFO Orvis being present, until Sergeant Dobbs turned it over to evidence technician, Deputy Stocchi. Deputy Stocchi weighed and secured the suspected drugs. The weight was 26.2 grams.

Personnel involved in the operation:

D/Sgt. Ryan Dobbs (GCSO)
D/Sgt. Ryan Rainwater (GCSO)
Lt. David Kennamer (GCSO)
Major Michael Angus (GCSO)
SA Robert McDonald
SA Dann Harris
SA Mike Dunn
TFA Jason Brumley
TFO Louis Velaga
TFO Robert Wolf
TFO Brett Orvis

Controlled Buy 2 with suspect Michael Fraley (Sarge) and or Alexandria Dodge (Allie):

On December 3, 2020, at approximately 4:19 p.m., Sergeant Dobbs along with member of the FBI Safe Streets Task Force, conducted a controlled buy of methamphetamine as part of a joint operation. Sergeant Dobbs and TFO Orvis met with Confidential Informant C/I      . C/I     stated he/she could buy methamphetamine from a white male identified as Michael Fraley Jr. aka "Sarge." C/I     stated the buy would take place at Fraley's residence of 1125 Remington Avenue, Flint, MI 48507.

Sergeant Dobbs and TFO Orvis met with C/I     at a prearranged location. Sergeant Dobbs searched C/I 15 and TFO Orvis searched the C/I's vehicle. Once both the C/I and his/her vehicle was deemed clear of drugs, weapons, money, or contraband, Sergeant Dobbs provided C/I with a mobile body bug. The mobile body bug provided audio and video surveillance during the controlled buy. Sergeant Dobbs provided C/I     with $1200 of pre-recorded currency.

| GCSO - GENESEE COUNTY SHERIFFS OFFICE Case Report | Case No. 2012503448 Report Date/Time: 12/1/2020 4:00:00 PM Reporting Officer: Dobbs, Ryan |
|---|---|

approximately 4:33 p.m., C/I left the meet location in his/her vehicle, the vehicle and C/I remained under constant surveillance until the completion of the operation. TFO Orvis and Sergeant Dobbs followed the C/I from the meet location to the target location. C/I arrived at the target location at approximately 4:40 and then left at approximately 4:41 p.m. C/I advised Sergeant Dobbs over the mobile body bug that S1 Fraley and Alexandria Dodge (Allie) would be home shortly. C/I drove a few blocks away from 1125 Remington, remaining under mobile surveillance by TFO Orvis and Sergeant Dobbs. After approximately 10 minutes, C/I advised Sergeant Dobbs that Sarge was at the house and he could return to buy the narcotics. C/I advised he had spoke via tx with Dodge who told him she and Sarge would be at the residence.

At approximately 4:57 p.m., C/I arrived at 1125 Remington Avenue, and was observed by other team members exiting his vehicle and being let in the residence. C/I is heard speaking with a subject inside the home until approximately 5:04 p.m. At 5:04 p.m., a white female later identified as Dodge exits the residence and approached a dark colored Chevy Silverado which parked out front of the residence. At 5:09 p.m., the Silverado bearing MI registration EHK1594 departs 1125 Remington, travelling north on Fenton Rd. Dodge walks back inside the residence.

At approximately 5:11 p.m., C/I exits the residence and gets into his vehicle. C/I leaves at approximately 5:11 p.m. TFO Orvis and Sergeant Dobbs follow C/I back to the prearranged meeting location. At the prearranged meeting location, C/I turned over two clear plastic baggies both containing a large amount of a white/clear crystalline substance, believed to be methamphetamine. C/I advised "Allie" sold him/her the drugs and told him/her Sarge was in one of the bedrooms during the sale. Sergeant Dobbs searched C/I and TFO Orvis searched C/I 's vehicle. Sergeant Dobbs took custody of the suspected methamphetamine with TFO Orvis being present, until Sergeant Dobbs weighed and secured the evidence at the Sheriff's Office in an evidence locker. Both baggies separately weighed 29 grams each.

Personnel involved in the operation:

D/Sgt. Ryan Dobbs (GCSO)
D/Sgt. Ryan Rainwater (GCSO)
D/Sgt. Andrew Snyder (GCSO)
David Kennamer (GCSO)
Major Michael Angus (GCSO)
SA Robert McDonald
SA Dann Harris
SA Michael Stepp
SA Sean Thomas
TFO Louis Velaga
TFO Robert Wolf
TFO Brett Orvis