**GCSO - GENESEE COUNTY SHERIFFS OFFICE**
**Case Report**

Case No. 2112500736
Case Status Arrest
Report Date/Time: 3/15/2021 7:30:00 AM
Reporting Officer: Dobbs, Ryan

**FILE CLASS/OFFENSE:**
35001 - Methamphetamine - Deliver

**EXHIBIT 3**

**NATURE OF INCIDENT:**
35001 / PWID / Fraley / Dobbs / Ghost

**OCCURRED ON:**       3/15/2021 7:00:00 AM
**(and Between)**

**VENUE:** ▮▮▮ W Stewart Ave Flint, MI  48505
**CITY/TOWNSHIP:** 95 - Flint, Genesee

| | |
|---|---|
| **ARRESTEE: Fraley, Michael** | **ARRESTED FOR: 3546 - 35001 - Methamphetamine - Deliver** |
| JUV: N - No | **ARREST NO: 0009945** |
| DOB:     /1981 | **TYPE: On-View Arrest** |
| AGE: 39 | **DATE: 3/15/2021** |

**SEX:** Male
**RACE:** White
**HGT:** 5' 11"                          **WGT:** 187                          **HAIR:** Unknown
**EYES:** Blue                          **ETH:** U - Unknown          **Circumstances:**
**SMT:**          TAT - Tattoo TAT HEAD - Head, nonspecific "Amore Para Los Maertos"
          TAT - Tattoo TAT HEAD - Head, nonspecific Butterfly
          TAT - Tattoo TAT HEAD - Head, nonspecific Sgt sign
          TAT - Tattoo TAT HEAD - Head, nonspecific RIP EMF
          TAT - Tattoo TAT HEAD - Head, nonspecific Diamond
**SSN:**       51                          **DLN:**           323          DL State: Michigan
**ADDRESS INFORMATION:**

| | |
|---|---|
| H - Home: | ▮▮rd Clio, MI 48420 Genesee US  - UNITED STATES |
| H - Home: | ▮▮ Flint, MI Genesee US  - UNITED STATES |
| H - Home: | ▮▮ Flint, MI genesee US  - UNITED STATES |

**Phone Information:**                                    **Emails:**

M - Mobile: (810) ▮▮▮

:

**NOTES:**

| | |
|---|---|
| **ARRESTEE: Dodge, Alexandria Nicole** | **ARRESTED FOR: 3546 - 35001 - Methamphetamine - Deliver** |
| JUV: N - No | **ARREST NO: 0009946** |
| DOB:     '1991 | **TYPE: On-View Arrest** |
| AGE: 29 | **DATE: 3/15/2021** |

**SEX:** Female
**RACE:** White
**HGT:** 5' 4"                          **WGT:** 130                          **HAIR:** Brown
**EYES:** Green                          **ETH:** U - Unknown          **Circumstances:**
**SMT:**
**SSN:**       37                          **DLN:**           399          DL State: Michigan
**ADDRESS INFORMATION:**

| | |
|---|---|
| H - Home: | ▮▮ Holly, MI 48442 Oakland US  - UNITED STATES |
| H - Home: | ▮▮ FLINT, MI GENESEE US  - UNITED STATES |

**Phone Information:**                                    **Emails:**

: (586) ▮▮▮

H - Home: (810) ▮▮▮

**NOTES:**

| Case Report Page 1 of 8 | Reporting Officer: Dobbs, Ryan Case No. 2112500736 | FRALEY | Printed: March 23, 2021 - 5:00 PM   0306 |
|---|---|---|---|

**GCSO - GENESEE COUNTY**
**SHERIFFS OFFICE**
**Case Report**

Case No. 2112500736
Report Date/Time: 3/15/2021 7:30:00 AM
Reporting Officer: Dobbs, Ryan

---

**NARRATIVE:**
Dobbs, Ryan - 692
3/15/2021 1:00:00 PM

On March 15, 2021, Sergeant Dobbs along with members of the Sheriff's Office GHOST team and the Flint FBI Safe Streets Task Force, executed a search warrant at      W. Stewart Avenue, Flint, MI 48504. Sergeant Dobbs responsibility was making entry with the entry team, as well as being tasked with the position of OIC.

Sergeant Dobbs obtained a search warrant for the residence which was signed by 67th District Court Judge, Judge Jennifer Manley. The search warrant and affidavit are attached to this report.

The entry team approached the residence on foot and made entry through the primary entrance of the residence, which was the door on the west side of the residence. Loud verbal announcement's were made saying, "Sheriff's Office, search warrant, open the door." After no response, entry was made. Once inside the residence suspects later identified as Michael Fraley AKA "Sarge" and Alexandria Dodge, Fraley's girlfriend.

Personnel involved in the Operation:

Maj. Michael Angus
Capt. William Lanning
Lt. Maxwell Mims
Lt. David Kennamer
Sgt. Ryan Dobbs
Sgt. Jason Murphy
Sgt. Andrew Snyder
Sgt. Ryan Rainwater
Sgt. Rudy Lopez
Capt. Richard Cronkright
Sgt. Nicholas Walleman
Sgt. Rebecca Stadler
Det. Brett Orvis
Dep. David Bennett
Dep. Chris Metropolis
Dep. Victoria Dallas
Dep. Christina Stocchi
FBI Safe Streets members

Interview with Alexandria Dodge:

On March 15, 2021 at approximately 8:15 a.m., Sergeant Dobbs along with Detective Orvis attempted to interview Alexandria Dodge under Miranda at the Sheriff's Office Detective Bureau. Dodge said she understood her rights and she invoked them. Dodge asked for an attorney and said she didn't have anything to say. The interview was ended with Dodge.

Interview with Michael Fraley: Interview typed by memory for exact wording please see the recorded interview

On March 15, 2021, at approximately 8:40 a.m., Sergeant Dobbs along with Detective Orvis, interviewed Michael Fraley under Miranda at the Sheriff's Office Detective Bureau. Fraley said he understood his rights and signed the Advice of Rights form.

Fraley admitted he sells methamphetamine. Fraley said he buys ounces of crystal methamphetamines from a black male who go by the street name of "Unc." Fraley admitted he sells eight balls of crystal meth for $100 and ounces for $350. Fraley said Unc sells pounds of crystal meth.

Fraley admitted he also uses crystal meth and has been addicted for a couple years. Fraley said he's been trying to kick the dope but he can't. Fraley admitted Alexandria Dodge AKA "Allie" is his girlfriend and that she own the house at 1125 Remington in the City of Flint. Fraley admitted he stayed at the residence of 1125 Remington on a regular basis.

Fraley admitted his      recently lived with him at     Stewart Ave, until he kicked him out on Saturday, March 13,

---

**GCSO - GENESEE COUNTY**
**SHERIFFS OFFICE**
**Case Report**

Case No.   2112500736
Report Date/Time: 3/15/2021 7:30:00 AM
Reporting Officer: Dobbs, Ryan

Respectfully Submitted,

Sergeant Ryan Dobbs