UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | No. 21-cr-20184 |
| Plaintiff, | Hon. Shalina D. Kumar |
| v. | United States District Judge |
| D-1   Michael Fraley, Jr., | |
| Defendant. | |

## MOTION AND ORDER TO SEAL

The United States of America by and through its undersigned attorney's respectfully requests that Exhibit 4 of the United States of America's Sentencing Memorandum be sealed until further order of this Court because it contains personally identifiable information.

Respectfully submitted,

DAWN N. ISON
United States Attorney

Dated: July 10, 2023

s/BLAINE LONGSWORTH
Assistant United States Attorney
600 Church Street, Flint, MI   48502
Phone: (810)766-5177
Blaine.longsworth@usdoj.gov
P55984

IT IS SO ORDERED.

Dated: July 10, 2023                     s/Shalina D. Kumar
                                         Shalina D. Kumar
                                         United States District Judge

Case 4:21-cr-20184-SDK-CI   ECF No. 114, PageID.634   Filed 07/10/23   Page 2 of 2